UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD RONJE,<br><br>                    Plaintiff,<br><br>          v.<br><br>NORM KRAMER, et al,<br><br>                    Defendants. | 1:15-cv-01753-LJO-BAM (PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 2, 7) |

Plaintiff Edward Ronje ("Plaintiff") is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an application to proceed in forma pauperis. Examination of these documents reveals Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:   **December 15, 2015**              /s/ Barbara A. McAuliffe            
                                                              UNITED STATES MAGISTRATE JUDGE

1